# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3418
_____

Morgan Keegan & Company, Inc.

*Plaintiff - Appellant*

v.

David Fleming; David Fleming, as Personal Representative of the Estate of
Carmeletta Fleming, Deceased

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: May 23, 2013
Filed: June 1, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Morgan Keegan & Company, Inc. (Morgan Keegan) appeals the district court's[1] denial of its motion to vacate an arbitration award. After careful review of the record, see Medicine Shoppe Int'l, Inc. v. Turner Invs., Inc., 614 F.3d 485, 488 (8th Cir. 2010) (standard of review), and considering the parties' submissions on appeal, we agree with the district court that Morgan Keegan was not entitled to the relief sought for the reasons explained in the court's opinion. We conclude as well that the district court gave adequate consideration to all of Morgan Keegan's arguments, including its public-policy argument, which was premised on Morgan Keegan's claim the parties entered into a settlement agreement. The arbitration panel heard evidence on the question of whether the parties had settled their dispute and concluded there was no valid settlement agreement. The factual determination there was no settlement agreement is not reviewable under the Federal Arbitration Act.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.